BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**RYAN W. BOUNDS, OSB #00012**
Assistant United States Attorney
Ryan.Bounds@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:19-cr-00053 |
| v. | **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT** |
| **YANGYANG ZHOU,** | |
| Defendant. | |

The United States of America moves this Court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss the Complaint in the above captioned case filed on March 22, 2019, in the best interests of justice. Counsel for defendant, Jamie Kilberg, Esq., indicates that he does not oppose this motion.

Dated: August 5, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Ryan Wesley Bounds*
**RYAN W. BOUNDS, OSB #00012**
Assistant United States Attorney